

# ALIAS CAPIAS

THE STATE OF TEXAS

TO ANY PEACE OFFICER OF THE STATE OF TEXAS:

On April 8, 2014, in the Fourteenth Court of Appeals of Texas, in Cause No. 14-14-00133-CV, styled *In re Jakesia Sade Celestine*, the Court issued a judgment denying in part the relief relator, Jakesia Sade Celestine, requested in her petition for writ of habeas corpus, ordering that an alias capias be issued for the arrest of relator, Jakesia Sade Celestine, and remanding relator, Jakesia Sade Celestine, back into the custody of the Sheriff of Harris County, Texas. The judgment follows:

## JUDGMENT

This Court heard this cause after granting and issuing a writ of habeas corpus on February 14, 2014. This Court holds that the combined judgment of contempt and order of commitment entered January 30, 2014 in the 247th District Court, Harris County, Texas, in Cause No. 2012-21521, is void in part. Therefore, this Court grants relator's petition for writ of habeas corpus in part, and accordingly strikes the void language of the trial court's order as detailed in our corresponding opinion. This Court further holds that relator has failed to demonstrate that the trial court's order is void *in toto*, or that relator is entitled to release from the trial court's order of commitment.

Therefore, this Court denies relator's petition for writ of habeas corpus in part.

We further order the Clerk of this Court to issue an alias capias for the arrest of relator, Jakesia Sade Celestine, and order that she be remanded to the custody of the Sheriff of Harris County, Texas, to be confined as ordered by the 247th District Court, Harris County, Texas, in Cause No. 2012-21521 pursuant to the combined judgment of contempt and order of commitment dated January 30, 2014 by Judge Carolyn Marks Johnson, as amended by the opinion of this Court issued in this cause.

YOU ARE COMMANDED to take relator, Jakesia Sade Celestine, with a last known address of 247 Bizerte St., Houston, Texas 77022, into your custody and deliver her to the Sheriff of Harris County, Texas, who shall remand relator into custody in accordance with the Judgment of this Court.

COMPLETE the attached return and deliver it to this Court showing you have executed it.

WITNESS, the Honorable Kem Thompson Frost, Chief Justice of our said Fourteenth Court of Appeals, with the seal thereof annexed, at Houston, Texas, on April 8, 2014.

CHRISTOPHER A. PRINE, CLERK

2

# RETURN

The above writ was received at _____ o'clock [a.m./p.m.], the _____ day of _____, 2014, and was executed by arresting the said Jakesia Sade Celestine, at _____ o'clock [a.m./p.m.] the _____ day of _____, 2014, and placing her in the Harris County Jail.

SHERIFF, Harris County, Texas

By:_____